In the Matter of PINE KNOLLS ALLIANCE CHURCH, Respondent, v ZONING BOARD OF APPEALS OF THE TOWN OF MOREAU, Appellant.

Submitted April 4, 2005; decided April 5, 2005

Motion by the Association of Towns of the State of New York

for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.